SCANNED
DATE: 7-19-04
BY: CMC

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | MJ #. |
| v. ) | Case No. 04-862-MBB |
| ) | |
| KEVIN APONTE, ) | |
| Defendant ) | |

## GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the complaint, supporting affidavit, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to arrest the defendant.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Marianne Hinkle
Assistant U.S. Attorney

*Handwritten annotations: "Filed 7/16, 2004", "Allowed.", "Marianne B. Bowler, USMJ"*