# FINANCIAL AFFIDAVIT

|  |  |
|---|---|
| IN UNITED STATES ☑ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | |
| IN THE CASE OF USA V.S. Kevin Gant | LOCATION NUMBER |
| FOR | |
| AT | |

| PERSON REPRESENTED (Show your full name) | | DOCKET NUMBERS |
|---|---|---|
| | 1 X Defendant—Adult | Magistrate |
| | 2 ☐ Defendant - Juvenile | 04 862-MBB |
| | 3 ☐ Appellant | District Court |
| | 4 ☐ Probation Violator | |
| | 5 ☐ Parole Violator | |
| CHARGE/OFFENSE (describe if applicable & check  x Felony  ☐ Misdemeanor) | 6 ☐ Habeas Petitioner | Court of Appeals |
| | 7 ☐ 2255 Petitioner | |
| | 8 ☐ Material Witness | |
| | 9 ☐ Other | |

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☑ No ☐ Am Self-Employed
Name and address of employer: ____
IF YES, how much do you earn per month? $ ____
IF NO, give month and year of last employment Sept, 2003
How much did you earn per month? $ 10/hr
If married is your Spouse employed? ☐ Yes ☐ No  Not married
IF YES, how much does your Spouse earn per month? $ ____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ 10.00/hr — Construction work - seasonal for ~ 4 months

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No  IF YES, state total amount $ ____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT

| VALUE | DESCRIPTION |
|---|---|
| $ | |

**DEPENDENTS**
MARITAL STATUS: ✓ SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: ____

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 8-3-04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/ Kevin Gant