✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

**UNITED STATES**
**V.**
**KEVIN APONTE**

**EXHIBIT AND WITNESS LIST**

Case Number:  04-862-MBB

| PRESIDING JUDGE<br>BOWLER | PLAINTIFF'S ATTORNEY<br>WILLIAM CONNOLLY | DEFENDANT'S ATTORNEY<br>SYRIE FRIED |
|---|---|---|
| TRIAL DATE (S)<br>8/6/04 | COURT REPORTER<br>DIGITAL | COURTROOM DEPUTY<br>SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|   |   | 8/6/04 |   |   | SP. AGENT SHEILA O'HARA |
| 1 |   | 8/6/04 | X | X | AFFIDAVIT |
|   |   | 8/6/04 |   |   | ELIZABETH GARCIA DEPINA |
|   | A | 8/6/04 | X |   | RECEIPT FOR BAIL |
|   | A | 8/6/04 | X | X | RECEIPT FOR BAIL |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1       Pages