UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                             )
UNITED STATES OF AMERICA  )
                                             )
v.                                         )         Criminal No. 04-MJ-00862-MBB
                                             )
KEVIN APONTE,              )
        Defendant       )
_____)

## Notice of Appearance

      Now comes the undersigned counsel, Robert M. Goldstein, and hereby enters his notice of appearance for the Defendant, Kevin Aponte, in the above-captioned matter.

                                                       _____
                                                        Robert M. Goldstein
                                                        Mass. Bar No. 630584
                                                        114 State Street
                                                       Boston, MA  02109
                                                       (617) 742-9015

Dated: September 28, 2004

**CERTIFICATE OF SERVICE**

    I, Robert M. Goldstein, hereby certify that on this 28th day of September, 2004, I have served one copy of the foregoing Notice of Appearance, by electronic filing and first-class mail, upon Assistant U.S. Attorney William Connolly and Syrie D. Fried.

_____
Robert M. Goldstein